IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AMY FREDERICK,<br><br>Plaintiff,<br><br>vs.<br><br>LELAND DUDEK, Acting Commissioner of Social Security;<br><br>Defendant. | 8:23CV518<br><br>ORDER |

IT IS ORDERED that the motion for substitution of counsel, Filing No. 36, denied as moot. Timothy R. Hook was withdrawn as counsel of record for Defendant on April 7, 2025.

IT IS FURTHER ORDERED that in accordance with Filing No. 36, Frank Bisignano, Commissioner of the Social Security Administration, is hereby substituted as the defendant Pursuant to Fed. R. Civ. P. 25(d). The Clerk shall modify the docket to reflect this substitution

Dated this 19th day of May, 2025.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge