IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AMY FREDERICK, | |
| Plaintiff, | 8:23CV518 |
| v. | |
| FRANK BISIGNANO, Commissioner of the Social Security Administration, | ORDER |
| Defendant. | |

This matter is before the Court on the parties' joint stipulation for attorney fees (Filing No. 37) under the Equal Access to Justice Act ("EAJA"), which authorizes an award of reasonable attorney fees and other expenses in certain civil actions brought "against the United States." *See* 28 U.S.C. § 2412(d)(1)(A). The parties agree the Court should award plaintiff Amy Frederick ("Frederick") attorney fees in the amount of $8,300 as compensation for all legal services her counsel rendered in this case.

The parties explain their stipulation is a compromise settlement of Frederick's request for attorney fees and other expenses. In accordance with *Astrue v. Ratliff*, 560 U.S. 586, 589-90 (2010), the parties acknowledge the EAJA fee award is payable directly to Frederick and subject to offset to satisfy any pre-existing debt she may owe to the United States. *See* 31 U.S.C. § 3716(c)(3)(B). The parties request that the Court order the fees be paid to Frederick and delivered to her counsel.

After careful review, the Court finds the parties' joint stipulation should be approved. The compromise fee award satisfies the EAJA's statutory requirements, *see* 28 U.S.C. § 2412(d)(1)(A), and is reasonable under the circumstances of this case. Therefore,

IT IS ORDERED:

1. The parties' joint stipulation for attorney fees under the Equal Access to Justice Act (Filing No. 37) is approved.

2. Plaintiff Amy Frederick is awarded attorney fees in the amount of $8,300, subject to any administrative offset required to satisfy any pre-existing debt she may owe to the United States.

3. The Social Security Administration shall make the fee award payable to Frederick and deliver the payment to the Law Offices of Chermol & Fishman, LLC, at its address of record.

4. A separate judgment will issue.

Dated this 27th day of May 2025.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge