IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AMY FREDERICK,<br><br>            Plaintiff,<br><br>   v.<br><br>FRANK BISIGNANO, Commissioner of the Social Security Administration,<br><br>            Defendant. | 8:23CV518<br><br>**JUDGMENT** |

In accordance with the Order entered today (Filing No. 39), judgment in the amount of $8,300 is entered in this case in favor of plaintiff Amy Frederick and against defendant Frank Bisignano, Commissioner of the Social Security Administration.

Dated this 27th day of May 2025.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge