IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

AMY FREDERICK,

        Plaintiff,

    v.

FRANK BISIGNANO, Commissioner of the
Social Security Administration,

        Defendant.

**8:23CV518**

**JUDGMENT**

    In accordance with the Memorandum and Order entered today (Filing No. 43), attorney fees in the amount of $19,581.97 are awarded to attorney David F. Chermol pursuant to 42 U.S.C. § 406(b). To effectuate the Equal Access to Justice Act ("EAJA") refund in this case, *see* 28 U.S.C. § 2412(d)(1)(A); *Gisbrecht v. Barnhart*, 535 U.S. 789, 796 (2002), payment of the § 406(b) fee award from plaintiff Amy Frederick's past-due benefits is reduced by the $8,300 EAJA fee previously awarded in this case (Filing Nos. 39, 40), for a net payment of $11,281.97.

    Dated this 19th day of March 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge